AO 91 (Rev. 11/11)  Criminal Complaint

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Harrison Division

JAN 3 1 2025

By_____
Ronald E. Dowling
Deputy Clerk

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:25-MJ-3001-001 |
| Edward Casner | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___04/20/2022 through 01/09/2025___ in the county of ___Boone___ in the ___Western___ District of ___Arkansas___, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 2250 | Failure to Register as Sex Offender |

This criminal complaint is based on these facts:

See affidavit of Deputy U.S. Marshal Dustin Chastain.

☑ Continued on the attached sheet.

*Dustin Chastain*

*Complainant's signature*

Dustin Chastain, Deputy U.S. Marshal

*Printed name and title*

Sworn to before me and signed in my presence.

Date: **January 31,2025**

*Judge's signature*

City and state:          Fayetteville, Arkansas

Christy D. Comstock, Chief U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT

I, Dustin Chastain, being duly sworn, do hereby depose and state as follows:

1.       I am a Deputy United States Marshal for the United States Marshals Service ("USMS") and have been so employed for fourteen (14) years.  I am presently assigned to the Western District of Arkansas, Fayetteville Division.  I am currently assigned to the Western Arkansas Fugitive Task Force (WATF) for our district as the District Sex Offender Coordinator (DSOC) in which I have multiple responsibilities with one being the investigation of crimes involving individuals who have failed to register as a sex offender or have violated their sex offender registration.

2.       This Affidavit is made in support of a criminal complaint and arrest warrant for Edward CASNER ("CASNER") in violation of Title 18, United States Code, Section 2250, The Adam Walsh Child Protection and Safety Act.

3.       Based on my investigative efforts and personal knowledge, as well as information provided by the Lakewood Police Department, Colorado and U. S. Marshals Service in Colorado, I have learned the following:

4.       On February 21, 2014, Edward CASNER pled guilty and was convicted of 1st Degree Child Molestation and sentenced to seven (7) years imprisonment in the Missouri Department of Corrections in the Osage County Circuit Court in Missouri. (Case# 13OS-CR00217-01) CASNER was 42 years of age at the time of the crime and the victim was an eight (8) year old female. Based on this conviction, CASNER was required by law to register as a sex offender.

5.       On May 13, 2020, CASNER first registered with the Northeast Correctional Center prior to his release from the Missouri Department of Corrections.

According to the State of Missouri, CASNER was required to register every three (3) months. CASNER listed 10157 Dellwood Rd, Mineral Point, Missouri, as his home address on page two of the Missouri Sex Offender Registration Form. CASNER signed at the bottom of page four acknowledging that he had read and understood his duties and requirements. Above the signature box, the form states as follows:

> I understand that I shall register in person, within three business days, each time that I change my name, residence, employment (including status as a volunteer or intern), student status or termination to any of the items listed in this subsection. (589.414.1 RSMo). If at any time I change my address of residence, employment, or student status to a different county, state or the City of St. Louis, I must appear in person to the Chief Law Enforcement officer where I am currently registered and where I plan to reside within (3) business days. I understand that I shall notify the Chief Law Enforcement Official of the county or city not within a county where I register, within three business days, when changes to the following information occur: vehicle information, temporary lodging information, temporary residence information, email addresses, instant messaging addresses and any other designations used in internet communications, postings or telephone communication. (589.414 RSMo). I will abide by all registration requirements set forth in the Statutes, 589.400-589. 426 RSMo, and the Federal Adam Walsh Act. Failure to comply with offender registration requirements is a criminal offense. (589 425 RSMo). Under the Adam Walsh Child Protection and Safety Act of 2006, 18 United States code 2250, if you travel to another state and fail to register as required, you are subject to federal prosecution that carries a penalty of a fine and/or imprisonment up to 10 years. As an offender who is required to register under Section 589.400 RSMo, I am hereby signing and acknowledging that I have been informed of my duties to register and all the information contained is accurate. I understand that there may be duties or restrictions in addition to those listed in this notification. I understand that it is my obligation to know and comply with all duties or restrictions applicable to me, including those not listed above.

6.      On June 29, 2020, CASNER completed his initial registration with the Washington County Sheriff's Office in Missouri. CASNER listed 10157 Dellwood Rd, Mineral Point, Missouri, as his current address and signed at the bottom of page four (4) acknowledging his duties and registration requirements.

7. On January 25, 2021, CASNER completed his quarterly verification with the Washington County Sheriff's Office in Missouri. CASNER listed 802 S State Street, Mineral Point, Missouri as his current address and signed at the bottom of page 4 acknowledging his duties and registration requirements.

8. On April 5, 2021, CASNER completed his quarterly verification with the Washington County Sheriff's Office in Missouri. CASNER listed 802 S State Street, Mineral Point, Missouri as his current address and signed at the bottom of page 4 acknowledging his duties and registration requirements.

9. On July 1, 2021, CASNER completed his quarterly verification with the Washington County Sheriff's Office in Missouri. CASNER listed 802 S State Street, Mineral Point, Missouri as his current address and signed at the bottom of page 4 acknowledging his duties and registration requirements.

10. On October 12, 2021, CASNER completed his quarterly verification with the Washington County Sheriff's Office in Missouri. CASNER listed 10157 Dellwood Rd, Mineral Point, Missouri as his current address and signed at the bottom of page 4 acknowledging his duties and registration requirements. This was the last documented registration that CASNER completed in Missouri.

11. On February 8, 2022, CASNER was arrested by the Arkansas State Police (ASP) after a lengthy and dangerous vehicle pursuit and charged with Felony Fleeing in Boone County, Arkansas. CASNER was injured in the wreck and taken to the hospital in Springfield, Missouri.

12.     On March 9, 2022, CASNER was discharged from the hospital in Springfield, Missouri and extradited back to Boone County, Arkansas on his charges from the pursuit with ASP.

13.     On April 19, 2022, CASNER was sentenced to probation in case number CR2022-60 out of Boone County. CASNER was released from the Boone County Jail in Harrison, Arkansas, and was informed by Arkansas Probation and Parole to report to the Harrison Police Department (HPD) to register as a sex offender. CASNER showed up to the HPD on April 20, 2022, and spoke with Detective Ted Schaeffer to register. Detective Schaeffer informed CASNER that due to his out of state sex conviction, he would need to return the next day so Detective Schaeffer could acquire the required documents in order for him to register CASNER. According to Detective Schaeffer, CASNER informed him that he would be residing at House of Hope, 600 East Stephenson Avenue, Harrison, Arkansas. CASNER failed to report to the HPD the next day as requested and had left the address he had provided Detective Schaeffer.

14.     On May 2, 2022, an arrest warrant was issued by the Circuit Court of Boone County for CASNER for Failure to Comply with Registration and Reporting Requirements. Detective Schaeffer attempted to locate CASNER to no avail.

15.     On May 3, 2022, a petition to revoke was submitted by Arkansas Probation Officer Jeffrey Baumgardner alleging CASNER had violated the terms of his probation by not registering as a sex offender and his whereabouts being unknown.

16.     On December 5, 2022, the HPD requested the assistance of the US Marshal's Service Western Arkansas Fugitive Task Force (WATF) in order to locate and arrest CASNER. The fugitive case was assigned to Task Force Officer Jaime Cole.

4

17.    On March 3, 2024, CASNER obtained a Colorado driver's license with the address of 4040 Quebec St, #114, Denver, CO. This address was found to be an old motel that had been turned into a homeless shelter.

18.    On October 18, 2024, USMS in Colorado attempted to locate CASNER at the Quebec Street address and learned that CASNER had previously lived there but had moved and was no longer residing at that address. A search of the Colorado Sex Offender database revealed no records of CASNER having registered in the State of Colorado.

19.    On January 9, 2025, the USMS in Colorado obtained information through a law enforcement database that listed 1430 Kendall Street, Apartment K 14, Lakewood, Colorado, as an address connected to CASNER. Task Force Officers with the USMS D/CO made contact with CASNER at the Kendall Street address in Lakewood, Colorado. CASNER was taken into custody on his outstanding arrest warrant out of Arkansas. CASNER was transported to the local hospital due to complaints of pain. During this time, CASNER stated that this address was provided to him by the Denver Housing Authority and that he had been living there for the past six months. CASNER also stated that prior to living at the Kendall address, he had lived at the Quebec Street address for approximately two years.

20.    On January 14, 2025, your affiant received a due diligence affidavit from Christian Mohr with the Colorado Bureau of Investigation, Sex Crimes and Registry Unit, stating they had no record of CASNER registering as a sex offender in the State of Colorado.

21.    On January 16, 2025, your affiant received a due diligence affidavit from Kathy Smith with the Arkansas Sex Offender Registry stating that CASNER was not

5

registered in the State of Arkansas and that based upon his conviction, he would be required to register for life in Arkansas. 22.  On January 24, 2025, District Sex Offender Coordinator (DSOC) Loretta Sanchez, District of Colorado (D/CO), served an Administrative Subpoena to The Loop at Lamar Station, 1450N Lamar St, Lakewood, CO, for "Any and all housing/leasing records pertaining to Edward Casner,to include signed lease agreements; and all documents pertaining to Apartment #K14. The Loop at Lamar Station produced the requested records, which reflect that CASNER had signed a lease application on July 30, 2024, listing his Colorado Driver's license as his government ID as well as his SSN and DOB. Under Residence History for the past two years section, CASNER listed he lived at 4040 Quebec St, Denver, CO, as his previous address from December 1, 2023. Under the questionnaire section, it asked, "Are you currently registered or being considered for registration on any sex offender registry?" CASNER selected NO for this question. It further asked the following: "Have you or any person anticipated to occupy the premises ever been convicted in any sex related crime?" CASNER selected No for this. Also, "Are you or any person anticipated to occupy the premises now or have ever been listed on any sex offender list?" CASNER selected No. It further asked, "How long do you expect to stay?" CASNER listed 12 months or longer. The form also stated that the Salvation Army would pay $1,600 a month for CASNER'S rent. On August 14, 2024, CASNER signed his Residential Rental Lease Agreement for 1430 Lendall St, Unit K14, Lakewood, CO. The terms of the lease were listed from August 14, 2024, through August 31, 2025. It was digitally signed by Edward CASNER at the bottom of page 21 and dated August 14, 2024.

23.    Your Affiant believes that probable cause exists to charge CASNER with a violation of Title 18, United States Code, Section 2250, for Failure to Register as a Sex Offender, because of the foregoing evidence that between on or about April 20, 2022, through on or about January 9, 2025, in the Western District of Arkansas, Harrison Division and elsewhere, CASNER, an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act.

*Dustin Chastain*

DUSTIN CHASTAIN
DEPUTY UNITED STATES MARSHAL

Sworn to before me, and subscribed
in my presence on January **31**, 2025.

HONORABLE CHRISTY D. COMSTOCK
CHIEF UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF ARKANSAS

7